USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/30/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **ADAR BAYS, LLC,**                     :

                                 **Plaintiff,**    :

                                                  :    **1:17-cv-01175**

           **-against-**                      :

                                                  :    **ORDER**

   **GENESYS ID, INC.,**                :

                                 **Defendant.**   :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     Given that this matter is pending on appeal to the Second Circuit, the motion for attorney's fees pending is DENIED without prejudice. This resolves ECF No. 64.

**SO ORDERED.**

**Dated:** September 30, 2020

     New York, New York                              **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**