| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x<br><br>**ADAR BAYS, LLC,**<br><br>                          **Plaintiff,**<br><br>     -against-<br><br>**GENESYS ID, INC.,** *formerly known as Rx Sales, Inc.,*<br><br>                          **Defendant.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Mar. 15, 2022<br><br>**1:17-cv-1175 (ALC)**<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the Second Circuit's March 15, 2022 opinion, ECF No. 71, the parties shall submit a joint status letter no later than April 5, 2022.

**SO ORDERED.**

Dated:    **March 15, 2022**
               **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**