

390 North Broadway – Ste. 140 | Jericho, New York 11753
MAIN TELEPHONE: (516) 455-1500 | FACSIMILE: (631) 498-0478

DALLAS | NEW YORK | NAPLES

April 5, 2022

**Via ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Adar Bays, LLC v. GeneSys ID, Inc.*,
             No. 1:17-cv-01175-ALC

Dear Judge Carter:

I write respectfully on behalf of both parties in the above-referenced action regarding the joint status update that the Court requested the parties submit no later than today, April 5, 2022. *See* Dkt. 72.

Following the Court of Appeals' and United States Court of Appeals for the Second Circuit's respective opinions, counsel for the parties have engaged in settlement negotiations. Accordingly, the parties respectfully request that a follow-up status update be provided to the Court in 30 days, if not sooner, on the status of the parties' settlement negotiations.

I thank the Court for considering this matter.

                                            Respectfully submitted,

                                            /s/ Mark R. Basile
                                            Mark R. Basile, Esq.
                                            **THE BASILE LAW FIRM, P.C.**
                                            390 N. Broadway, Suite 140
                                            Jericho, NY 11753
                                            Tel.:    (516) 455-1500
                                            Fax.    (631) 498-0478
                                            Email:   mark@thebasilelawfirm.com

                                            *Attorneys for Defendant*

cc:     Counsel for Plaintiff (by ECF)