UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADAR BAYS, LLC,** | |
| **Plaintiff,** | **17-cv-01175 (ALC)** |
| -against- | |
| **GENESYS ID, INC.,** | **ORDER OF DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   May 11, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**